CO-386
Rev. 10/03

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

```
                    )
                    )
                    )
   Plaintiffs       )
                    )
v.                  )       Civil Action No. _____
                    )
                    )
   Defendants       )
                    )
                    )
```

## CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for _____,

certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries

or affiliates of _____, which have any outstanding securities

in the hands of the public. _____

_____

_____

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____ /s/ _____
Signature

_____        _____
Bar Identification Number         Print Name

                                  _____
                                  Address

                                  _____
                                  City         State      Zip

                                  _____
                                  Telephone Number