AO 440 (Rev. 8-01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Ronald Hardy, and
Denis B. Garcia, and
Marteil Legrand

    Plaintiffs

      V.

District of Columbia, and
Odie Washington, and
Steve Smith, and

Prison Realty Trust A.K.A.
Corrections Corporation of America

    Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:07CV00415

JUDGE: Richard W. Roberts

DECK TYPE: General Civil

DATE STAMP: 03/01/2007

TO: (Name and address of Defendant)

    PRISON REALTY TRUST A.K.A.
    CORRECTIONS CORPORATION OF AMERICA
    c/o CT Corporation System
    1015 15th Street, N.W., #1000
    Washington, DC 20005

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Douglas R. Sparks
    Sparks & Silber, LLP
    3221 M Street, NW
    Washington, DC 20007

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

CLERK

(By) DEPUTY CLERK

DATE: MAR 0 1 2007

AO 440 (Rev. 5/85) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 3/19/07 3:15p |
| NAME OF SERVER | TITLE |
| KEVIN REID | PRIVATE PROCESS SERVER |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: c/o CT CORPORATION - R/A
1015 15th ST NW #1000 WDC 20005 (ANTHONY SERRETTE)

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $50.00 | TOTAL $50.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3/19/07
Date

Signature of Server

P.O. Box 7394 Silver Spring, MD 20907
Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.