ANDERSON PROCESS SERVICE, L.C.
P.O. BOX 535
S. L. C, UT. 84110-0535

STATE OF UTAH                )
                             :
COUNTY OF __DAVIS__          )

## RETURN OF SERVICE

I, H Anderson, a resident of Salt Lake City, Utah, over twenty-one (21) years of age (at the time of service), and not an interested party herein being first duly sworn, depose and certify: SUMMONS, COMPLAINT

I received the attached __INITIAL ELECTRONIC FILING ORDER__ on the _16_ day of __MARCH__, 20_07_, and served it upon __ODIE WASHINGTON__, leaving a copy of said documents __SAME__, after identifying (him)/her as:

__✓__ The (Defendant), ~~Plaintiff~~, ~~Witness~~.
____ A person over fourteen (14) years of age, residing at the Defendant's usual place of abode.
____ A person representing the Defendant, _____
____ The Garnishee named in the attached writ of garnishment.

I further certify that I personally delivered a copy of the attached __documents__ to the above named person at __500 N. MARKETPLACE DR__, __CENTERVILLE__, Utah, on the _19_ day of __MARCH__, 20_07_, at the hour of _2:15 p_.m. and endorsed thereon my name, title and the date of service thereof.

I further certify that I am not a party to this action and have no interest in the outcome thereof.

DATED this _19_ day of __MARCH__, 20_07_.

BY: __Heidi Anderson__
    PROCESS SERVER

SUBSCRIBED AND SWORN before me this _19_ day of __March__, 20_07_.

SHEILA H ANDERSON
NOTARY PUBLIC - STATE OF UTAH
1937 E WASATCH BLVD
SANDY UT 84092
My Comm. Exp. 01/01/2009

__Sheila Anderson__
NOTARY PUBLIC

(Seal)

MY COMMISSION EXPIRES:

__1-1-2009__

Residing at: _____

____TRIP(S)  ____MILES

Cost of Services:
$ 50 — SERVICE
/ — MILEAGE
/ — OTHER
$ 50 — TOTAL

Client: _____
Case No. __1:07 CV 00415__