UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RONALD HARDY, et al.            )
                                )
            Plaintiffs          )
                                )
        v.                      )        Case No. 1:07cv00415
                                )        Judge Richard Roberts
DISTRICT OF COLUMBIA,           )
 et al.                         )
                                )
            Defendants          )

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Samuel M. Shapiro as co-

counsel for plaintiffs.

Respectfully submitted,

SAMUEL M. SHAPIRO, P.A.

Samuel M. Shapiro
200-A Monroe Street, #233
Rockville, MD 20850
(301) 340-1333

Attorney for Plaintiffs

E-filed on April 9, 2007