IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Ronald Hardy, and<br>Denis B. Garcia, and<br>Martell Legrand,<br><br>               Plaintiffs,<br><br>    v.<br><br>The District of Columbia, and<br>Odie Washington, individually and in his official capacity Director (retired) DC Department of Corrections, and<br>Steve A. Smith, individually and in his official capacity Warden (retired) DC Jail, and<br>Prison Realty Trust a/k/a Corrections Corporation of America,<br><br>               Defendants. | Civil Action No. 07-cv-00415-RWR |

**DEFENDANT CORRECTIONS CORPORATION OF AMERICA'S DEMAND FOR JURY TRIAL**

Pursuant to Rule 38, Fed.R.Civ.P., Defendant, through counsel, requests a trial by jury of all triable issues in the above-captioned matter.

Dated: April 9th, 2007.

                                               s/Timothy J. Bojanowski
                                               Daniel P. Struck, (D.C. Bar No. CO0037)
                                               Timothy J. Bojanowski, (D.C. Bar No. OH0014)
                                               JONES, SKELTON & HOCHULI, P.L.C.
                                               2901 North Central Avenue, Suite 800
                                               Phoenix, Arizona  85012
                                               Telephone: (602) 263-7324
                                               Facsimile: (602) 263-7387

                                               *Attorneys for Defendant Corrections Corporation of America*

Mariana Bravo, (D.C. Bar No. 473809)
Colleen Durbin, (D.C. Bar No. 473809)
CARR MALONEY, PC
1615 L Street, NW, Suite 500
Washington, DC 20036
Telephone: (202) 315-5500
Facsimile: (202) 310-5555

*Attorneys for Defendant Corrections Corporation of America*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of April 2007, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Douglas Reid Sparks, Esq.
**SPARKS & SILBER, LLP**
3221 M Street, NW
Washington, DC 20007
*Attorneys for Plaintiffs*


        s/Dianne Clark