UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RONALD HARDY, et al. ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | Case No. 1:07cv00415 |
| ) | Judge Richard Roberts |
| DISTRICT OF COLUMBIA, ) | |
| et al. ) | |
| ) | |
| Defendants ) | |

**CONSENT MOTION TO EXTEND TIME
TO OPPOSE ODIE WASHINGTON'S MOTION TO DISMISS**

COME NOW the plaintiffs, Ronald Hardy, Denis Garcia and Martell LeGrand, by and through their attorneys, Samuel M. Shapiro and Douglas R. Sparks, and move this Honorable Court by consent to extend the time to oppose defendant Odie Washington's Motion to Dismiss Plaintiff's Complaint for thirty (30) days and for reasons, states as follows:

1. This motion is being filed with the consent of counsel for the defendant Odie Washington.

2. The motion is being filed to permit the parties time to discuss a possible early resolution of the instant case.

3. The motion is also being filed to allow the plaintiffs to obtain service of process on defendant Steven Smith as a motion similar to the one filed on behalf of defendant Washington is expected after service is effectuated.

WHEREFORE, the plaintiffs pray:

1. That this Honorable Court extend the time for thirty (30) days to allow the plaintiffs to oppose Odie Washington's Motion to Dismiss Plaintiff's Complaint.

2. For such other relief as this Court may deem proper.

Respectfully submitted,

SAMUEL M. SHAPIRO, P.A.


__/s/_____
Samuel M. Shapiro
200-A Monroe Street, #233
Rockville, MD 20850
(301) 340-1333

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RONALD HARDY, et al.            ) | |
|                                                    ) | |
|           Plaintiffs                       ) | |
|                                                    ) | |
|     v.                                         ) | Case No. 1:07cv00415 |
|                                                    ) | Judge Richard Roberts |
| DISTRICT OF COLUMBIA,   ) | |
|  et al.                                       ) | |
|                                                    ) | |
|           Defendants                   ) | |

**O R D E R**

Upon consideration of the Consent Motion to Extend Time to Oppose Odie Washington's Motion to Dismiss, it is this the _____ day of _____, 20007

**ORDERED** that the Consent Motion to Extend Time to Oppose Odie Washington's Motion to Dismiss for thirty (30) days is granted.

_____
Richard Roberts, Judge, United States
District Court for the District of Columbia

Electronically filed on April 20, 2007