UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RONALD HARDY, et al** : | |
| : | |
| *Plaintiffs* : | Civil Action No. 07-415 (RWR) |
| : | |
| v. : | |
| : | |
| **THE DISTRICT OF COLUMBIA, et al.** : | |
| *Defendants* : | |
| : | |

**CONSENT MOTION TO EXTEND TIME
TO FILE OPPOSITION TO DEFENDANT CCA'S MOTION TO SEVER**

Plaintiff Ronald Hardy, by and through counsel, moves this Honorable Court by consent of defendant CCA (Prison Realty Trust) to extend the time to file an Opposition to CCA's Motion to Sever up to and including May 25, 2007, for the following reasons:

1. This motion is being filed with the consent of counsel for the defendant CCA.

2. Defendant CCA filed its Motion to Sever on April 9th, 2007, with plaintiff's Opposition due on or about April 24, 2007.

3. The motion is being filed to permit the parties additional time to discuss a possible early resolution of the Hardy case, which the parties have already begun exploring.

Under the circumstances, plaintiff Ronald Hardy requests that the Court extend the time for plaintiff to respond to defendant's motion until May 25, 2007. A proposed Order is attached.

Respectfully submitted,

SPARKS & SILBER, LLP.

By: ___[signature]_____

Douglas R. Sparks(16322)
3221 M Street, NW
Washington, DC  20007
Tel. (202) 338-0687
*Attorney for Plaintiffs*


___/s/  Samuel M. Shapiro_____
Samuel M. Shapiro
200-A Monroe Street, #233
Rockville, MD 20850
(301) 340-1333
*Attorney for Plaintiffs*

Dated: April 23, 2007

### LCvR 7(m) Certification

I hereby certify that counsel for plaintiff Hardy and defendant CCA discussed this Motion and that defendant consents to the relief sought herein.

___[signature]_____
Douglas R. Sparks

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RONALD HARDY, et al | : |
| | : |
| *Plaintiffs* | : Civil Action No. 07-415 (RWR) |
| | : |
| v. | : |
| | : |
| THE DISTRICT OF COLUMBIA, et al. | : |
| *Defendants* | : |
| | : |

## ORDER

Upon consideration of Plaintiff Hardy's Consent Motion to Extend Time and the entire record herein, it is this _____ day of April, 2007, hereby

**ORDERED** that Plaintiff's Motion is hereby **GRANTED,** and it is further

**ORDERED** that Plaintiff Hardy shall file his Response to defendant CCA's motion no later than May 25, 2007.

Judge Richard Roberts
United States District Judge