UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RONALD HARDY, et al. ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | Case No. 1:07cv00415 |
| ) | Judge Richard Roberts |
| DISTRICT OF COLUMBIA, ) | |
| et al. ) | |
| ) | |
| Defendants ) | |

**AFFIDAVIT OF SERVICE**

I, Samuel M. Shapiro, having been duly authorized to make service of the Summons and Complaint in the above-entitled case, hereby depose and say:

1. That I am over the age of eighteen years;

2. That my residence address is: 11125 Potomac Crest Drive, Potomac, MD 20854;

3. That my business address is: 200-A Monroe St., #233, Rockville, MD 20850;

4. Michael Bruckheim, Assistant Attorney General, previously agreed to accept service upon defendant Steve Smith via email;

5. That I served the defendant, District of Columbia, by emailing a copy of the Summons and related court papers to Michael Bruckheim, Assistant Attorney General, an officially designated representative of the District of Columbia, in the Offices of the Attorney General, 441 4th Street, N.W., Sixth Floor South, Washington, D.C. on the 9th day of May, 2007.

6. The said service was made at 10:52 a.m. on the aforesaid date.

_____
Samuel M. Shapiro

Subscribed and sworn to before me this ___ day of May, 2007

_____
Notary Public

My Commission Expires: 10/1/09

**Electronically filed on** 5/9/07