UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **RONALD HARDY, et al** | : | |
| | : | |
| *Plaintiffs* | : | **Civil Action No. 07-415 (RWR)** |
| | : | |
| **v.** | : | |
| | : | |
| **THE DISTRICT OF COLUMBIA, et al.** | : | |
| *Defendants* | : | |
| | : | |

### CONSENT MOTION TO EXTEND TIME
### TO FILE OPPOSITIONS TO ALL PENDING DEFENSE MOTIONS

Plaintiffs, by and through counsel, move this Honorable Court by consent of all defendants to extend the time to file Oppositions to all pending defense motions: a) CCA's Motion to Sever, b)Defendant Washington's Motion to Dismiss, and c) Defendant Smith's Motion to Dismiss, for the following reasons:

1. This motion is being filed with the consent of counsel for all defendants.

2. All parties have agreed to explore early resolutions of all pending claims, and the Court previously extended filing deadlines by consent to May 25, 2007.

3. Although plaintiffs have since forwarded demand packets, defendants need a short additional period to respond.  This motion is being filed to permit the parties additional time to conclude meaningful settlement discussions.

Under the circumstances, plaintiffs request that the Court extend the time for plaintiffs to respond to all pending defense motions until June 15, 2007. A proposed Order is attached.

Respectfully submitted,

SPARKS & SILBER, LLP.

By:

Douglas R. Sparks(296921)
3221 M Street, NW
Washington, DC  20007
Tel. (202) 338-0687
*Attorney for Plaintiffs*

__/s/_ Samuel M. Shapiro_____
Samuel M. Shapiro
200-A Monroe Street, #233
Rockville, MD 20850
(301) 340-1333
*Attorney for Plaintiffs*

Dated: May 22, 2007

**LCvR 7(m) Certification**

I hereby certify that counsel for all plaintiffs and counsel for all defendants discussed this Motion and that defendants consent to the relief sought herein.

Douglas R. Sparks

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RONALD HARDY, et al                     :
                                        :
        *Plaintiffs*                    :    **Civil Action No. 07-415 (RWR)**
                                        :
        v.                              :
                                        :
THE DISTRICT OF COLUMBIA, et al.        :
        *Defendants*                    :
                                        :

## ORDER

Upon consideration of Plaintiffs' Consent Motion to Extend Time To File

Oppositions To All Pending Defense Motions, and the entire record herein, it is

this_____ day of May 2007, hereby

    **ORDERED** that Plaintiffs' Motion is hereby **GRANTED**, and it is further

    **ORDERED** that Plaintiffs shall file their Responses to Defendants'

motions no later than June 15, 2007.

                                        _____
                                        Judge Richard Roberts
                                        United States District Judge