IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Ronald Hardy, and<br>Denis B. Garcia, and<br>Martell Legrand,<br><br>               Plaintiffs,<br><br>    v.<br><br>The District of Columbia, and<br>Odie Washington, individually and in his official capacity Director (retired) DC Department of Corrections, and<br>Steve A. Smith, individually and in his official capacity Warden (retired) DC Jail, and<br>Prison Realty Trust a/k/a Corrections Corporation of America,<br><br>               Defendants. | Civil Action No. 07-cv-00415-RWR |

## PRAECIPE OF DISMISSAL

The Clerk will please note that Plaintiffs Ronald Hardy, Denis B. Garcia, and Martell Legrand hereby dismiss all claims against Prison Realty Trust a/k/a Corrections Corporation of America ("CCA"). Plaintiff Ronald Hardy further dismisses The District of Columbia, Odie Washington, individually, and in his official capacity, and Steve A. Smith, Warden of D.C. Jail, with prejudice. The parties agree that they shall each bear their own fees and costs.

Respectfully submitted,

| | |
|---|---|
|     s/Douglas Sparks<br>Douglas Reid Sparks, Esq.<br>**SPARKS & SILBER, LLP**<br>3221 M Street, NW<br>Washington, DC 20007<br>(202) 797-8200<br>dsparks@sparksandsilber.com<br>*Attorneys for Plaintiffs* | s/Timothy J. Bojanowski<br>Daniel P. Struck<br>Timothy J. Bojanowski<br>**JONES, SKELTON & HOCHULI, P.L.C.**<br>2901 North Central Avenue, Suite 800<br>Phoenix, Arizona 85012<br>(602) 263-7324<br>dstruck@jshfirm.com<br>tbojanowski@jshfirm.com<br>*Attorneys for Defendant Prison Realty Trust a/k/a Corrections Corporation of America* |

| | |
|---|---|
| LINDA SINGER<br>Attorney General for the District of Columbia<br><br>GEORGE C. VALENTINE<br>Deputy Attorney General for the<br>   District of Columbia Civil Litigation Division<br><br>/s/ Patricia A. Jones_____<br>PATRICIA A. JONES<br>[428132]<br>Chief, General<br>Litigation, Section IV<br><br>/s/ Rachel R. Hranitzky_____<br>   RACHEL R. HRANITZKY [974458]<br>   MICHAEL P. BRUCKHEIM [455192]<br>   Assistant Attorney General<br>   441 4th Street, N.W., Sixth Floor North<br>   Washington, D.C. 20001<br>   (202) 442-9754; (202)-724-6649;<br>   (202) 727-6295<br>   rachel.hranitzky@dc.gov<br>   Michael.bruckheim@dc.gov<br>*Attorneys for Defendant District of Columbia*<br><br>    Dated:  September 7, 2007 | s/Colleen Durbin_____<br>Mariana Bravo<br>Colleen Durbin<br>**CARR MALONEY, PC**<br>1615 L Street, NW, Suite 500<br>Washington, DC 20036<br>(202) 315-5500<br>mdb@carrmaloney.com<br>ced@carrmaloney.com<br>*Attorneys for Defendant Prison Realty Trust*<br>*a/k/a Corrections Corporation of America* |