UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RONALD HARDY *et al.*, ) | |
| ) | Civil Action No.: 1:07-CV-00415 |
| Plaintiffs, ) | Judge Richard W. Roberts |
| ) | |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA *et al.*, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF SUBSTITUTION OF COUNSEL AND WITHDRAWAL OF APPEARANCE**

The Clerk of said Court will please withdraw the appearance of Rachel R. Hranitzky as counsel on behalf of the defendants Odie Washington and Steven Smith and enter the appearance of Michael P. Bruckheim, Assistant Attorney General as counsel on behalf of defendants Odie Washington and Steven Smith.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/ Patricia A. Jones
PATRICIA A. JONES [428132]
Chief, General Litigation Sec. IV

/s/ Rachel R. Hranitzky
RACHEL R. HRANITZKY [974458]
Assistant Attorney General
441 4TH Street, NW, 6th Floor
Washington, D.C. 20001
(202) 442-9754; (202) 727-6295
(202) 727-3625 (fax)
rachel.hranitzky@dc.gov

/s/ Michael P. Bruckheim
MICHAEL P. BRUCKHEIM [455192]
Assistant Attorney General
441 4TH Street, NW, 6th Floor
Washington, D.C.  20001
(202) 724-6649; (202) 727-6295
(202) 727-3625 (fax)
michael.bruckheim@dc.gov